**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WINZER, ) | CASE NO. CV 08-00159 CBM (RZ) |
| ) Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| DERRAL G. ADAMS, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of KENNETH WINZER for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: SEPT. 3, 2008

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE